# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN A. SMITH, and<br>WESLEY J. BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:16CV96 |
| V. | ) ) | |
| PETE RICKETTS, Governor, and<br>SCOTT R. FRAKES, Director, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the Motion to Dismiss Party Wesley Brown (filing no. 10) is granted. The Motion for Leave to Proceed in forma pauperis (filing no. 2) is denied as moot.

DATED this 17th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge