IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN A. SMITH, | ) | 8:16CV96 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PETE RICKETTS, Governor, and | ) | |
| SCOTT R. FRAKES, Director, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 22, 2016, the court on its own motion extended the deadline for Plaintiff to pay an initial partial filing fee, until July 22, 2016, and advised Plaintiff that in the absence of payment or a showing of good cause, the case would be dismissed without prejudice and without further notice. To date, Plaintiff has not paid the initial partial filing fee or made a good cause showing.

Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 17th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge